JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DAVID GONZALEZ,

        Petitioner,

v.

RALPH DIAZ, Warden,

        Respondent.

Case No. EDCV 19-1558-FMO (JEM)

**JUDGMENT**

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: July 6, 2020

                                    /s/
                           FERNANDO M. OLGUIN
                     UNITED STATES DISTRICT JUDGE